

# UNITED STATES DISTRICT COURT

### for the

_____Western_____ District of Oklahoma

FILED

MAY 1 3 2019

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST, OKLA.
BY_____,DEPUTY

INGRAHAM HARVEY HINES,
(Enter the full name of the Plaintiff)

v.

JOE ALLBAUGH          ,

MIKE CARPENTER        ,

ENU ??? COOPER        ,
(Enter the full name of each Defendant. Attach
additional sheets as necessary.)

Case No. ___CIV-19-439-PRW___
(Court Clerk will insert case number)

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

**I.    Jurisdiction is asserted pursuant to:**

☒ 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

Declaratory Relief under 28 USC § 2201 and § 2002
Injunctive Relief under 28 USC § 2283 and § 2284 and Rule 65
Federal Rules of Civil Procedure and 28 USC § 1367

**II.    State whether you are a:**

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Pretrial detainee

☐ Immigration detainee

☐ Civilly committed detainee

☐ Other (please explain) _____

III.   **Previous Federal Civil Actions or Appeals**

List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.

1.   Prior Civil Action/Appeal No. 1

    a.   Parties to previous lawsuit:

        Plaintiff(s): Thurman Harvey Hines

        Defendant(s): Jennifer Morris/Blackeby; Heather Hill; and Mitzi Estrada et OSR

    b.   Court and docket number: CIV-15-901-R

    c.   Approximate date of filing: _____

    d.   Issues raised: Failure To Protect; Retaliation; Denial of Hygiene Supplies; Intentional /Negligent Infliction of Emotional Distress

    e.   Disposition (for example: Did you win? Was the case dismissed? Was summary judgment entered against you? Is the case still pending? Did you appeal?):

        Still pending

    f.   Approximate date of disposition: May 31 2019

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a separate sheet(s). See attached.

IV.   **Parties to Current Lawsuit**

State information about yourself and each person or company listed as a defendant in the caption (the heading) of this complaint.

1.   Plaintiff

Name and any aliases: Thurman Harvey Hines

Address: Oklahoma State Penitentiary, Box-97, McAlester, OK 74502

Inmate No.: 182745

2.   Defendant No. 1

Name and official position: Joe Allbaugh - Director of the Oklahoma Department of Corrections

Place of employment and/or residence: "ODOC" 3400 N, MLKing Ave, OKC, Oklahoma 73111

How is this person sued? ☐ official capacity, ☐ individual capacity, ☑ both

3.   Defendant No. 2

Name and official position: Mike Carpenter - Interim Warden at Oklahoma State Penitentiary.

Place of employment and/or residence: Oklahoma State Penitentiary P.O. Box-97, McAlester, Okla. 74502

How is this person sued? ☐ official capacity, ☐ individual capacity, ☑ both

If there are more than two defendants, describe the additional defendants using this same format on a separate sheet(s). See attached

## V.   Cause of Action

### Claims

List the federal right(s) that you believe have been violated, and describe what happened.

Each alleged violation of a federal right should be listed separately as its own claim.

**1.   Claim I:**

(1)   List the right that you believe was violated:

Plaintiff believes his Eighth USC Amendment Right has been violated for failure To Protect Plaintiff from known perceivable dangers, from threats of vidence by the hands of other Inmates.

(2)   List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

Joe Allbaugh; Mike Carpenter; FNU Do. Carper; Margeret Green; Susan Channon; Genieveve Bartuski; Tommy Williams FNU Day; FNU Polk

(3)   List the supporting facts:

Each Defendant was placed on Notice through "Inmate Request"-Request To Staffs; "Grievances" and "Medical Request" that Plaintiff was being Bullied and Suffering Verbal Abuse / assault, threats of vidence by his cellmate and denied request for single cell per Policy 030162 and that Mr. Jones is an Gay/Bi Sex Offender, that Plaintiff's cellmate stated that He does not cell with Chomos, Grays and some gang members and that Plaintiff is in fear of his life and needed Medical / Mental Health, Services and has left Plaintiff in the cell with him to defend himself, Plaintiff reallege and incorporates paragraphs (1-25) of Declaration.

4,

Rev. 10/20/2015

(4)   Relief requested: (State briefly exactly what you want the court to do for you.)

Plaintiff request to be moved to a Single cell per 030102 until we can find someone compatible to cell with me temas.
b. Reimbursement of Legal Cost and fees for copies, pens, paper, filing Civil action and Attorney's fees if applicable and $ 25,000 Compensatory and Punitive damages each.

2.   **Claim II:**

(1)   List the right that you believe was violated:

Plaintiff believes his Eighth USC Amend Right to Adequate Clothing and Hygiene Supplies has been violated and adequate Cleaning Supplies to clean cell and Block Mold, and adequate laundry services.

(2)   List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

Joe Allbaugh; Mike Carpenter; FNU D# Cooper; Margaret Green; Susan Channon.

(3)   List the supporting facts:

Each above Defendant was placed on Notice When Plaintiff sent them Several "Inmate Request"-Request To Staffs' and Grievances complaining about having No laundry bag to wash clothing & Bedding; No Hygiene Supplies for two weeks at a time on two occasions and did nothing about it; and did not have any cleaning Supplies to clean Mold and cell on daily bases; and Suffered Vomiting / Diarhea for Several days inter alia:

Rev. 10/20/2015 Plaintiff re-allege and incorporates paragraphs 1 — 25/ in Declaration.

(4)   Relief requested: (State briefly exactly what you want the court to do for you.)

To grant Plaintiff an injunction to Defendants to provided Plaintiff and all other inmates, Hygiene supplies when they run out. To supply Plaintiff with cleaning Supplies on dailey or weekly basis and a sign out log. To Supply Plaintiff with a laundry bag; laundry Services; legal Cost.

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).

## VI.   Declarations

I declare under penalty of perjury that the foregoing is true and correct.

_____          May 08, 2019
Plaintiff's Signature                     Date

Executed at the Oklahoma State Penitentiary P.O. Box-97, McAlester Oklaho. 74502 on this 08 day of may 2019. Daytime Phone: None; Work: None
/S/ Thurman Rines
Plaintiff Pro Se Litigant

## VII.   CERTIFICATE OF MAILING SERVICE

I, Thurman H. Rines, the under-signed, certify, verify that on this 09 day of may of 2019 that I mailed a true and correct copy of the foregoing instrument by placing the same in the and correct legal mailing system at OSP with first class pre-paid postage thereon to:
Court Clerk - Carmelita Reeder-Shinn - U.S. Dist. Court W. D. Oklahoma 200 N.W. 4th St, Rm 1210, OKC, Oklahoma 73102
/S/ Thurman Rines

III. Previous Federal Civil Actions or Appeals continued:

   1. Prior Civil Action /Appeal No. 1

     a. Parties to previous lawsuit:

      Plaintiff(s): Thurman Harvey Hines

      Defendant(s): Joe Allbaugh : Mark Knutson : Willa Burney : Terrance Costello : Antwon Berry : Terra Stanley : Glenn Robinson and Terry Underwood

     b. Court and docket number : CIV-17-642-R-U.S. Dist. Court W.D. Oklahoma

     c. Approximate date of filing :

     d. Issues raised : Failure To Protect : Access To Courts : Retaliation : — Intentional & Negligent Infliction of Emotional Distress : Conspiracy : Disciplinary Due Process Violations

     e. Disposition : Still pending

     f. Approximate date of disposition : May 31, 2019

IV. Parties to current Lawsuit continued :

   4. Defendant No. 3.

     Name and Official position : Jill M. Cooper -- Deputy Warden

     Place of employment and/or residence : Oklahoma State Penitentiary P.O. Box-97, Mc Alester, Oklahoma 74502

     How is this person sued ? ☐ official capacity, ☐ individual capacity ☒ Both

   5. Defendant No. 4

     Name and Official position : Genieveve Bartuski - Psychologist

     Place of employment and/or residence : Oklahoma State Penitentiary-Box-97 : McAlester, Oklahoma 74502

     How is this person sued ? ☐ official capacity ☐ individual capacity ☒ Both

6. Defendant No. 5
   Name and Official Position: Tommy Williams - Lu trenent
   Place of employment and/or residence: 'OSP' Oklahoma State ——
   Penitentiary P.O. Box-97: McAlester, Oklahoma 74502
   How is this person sued? ☐ official capacity ☐ individual capacity ☑ Both

7. Defendant No. 6
   Name and Official Position: FNU & Day - Law Library Supervisor
   Place of employment and/or residence: Oklahoma State Penitentiary
   P.O. Box-97 - McAlester, Oklahoma 74502. (H-C-Unit)
   How is this person sued? ☐ official capacity ☐ individual capacity ☑ Both

8. Defendant No. 7
   Name and Official Position: FNU Mrs. & Polk - Law Library Supervisor
   Place of employment and/or residence: Oklahoma State Penitentiary P.O.
   Box-97, McAlester, Oklahoma 74502   (A-D)(E-Unit)
   How is this person sued? ☐ official capacity ☐ individual capacity ☑ Both

9. Defendant No. 8
   Name and Official Position: Margaret Green - Unit Management
   Place of employment and/or residence: OSP - Oklahoma State Penitentiary
   P.O. Box-97, McAlester, Oklahoma 74502
   How is this person sued? ☐ official capacity ☐ individual capacity ☑ Both

10. Defendant No. 9
    Name and Official Position: Susan Channon - Case Manager
    Place of employment and/or residence: OSP - Oklahoma State Penitentiary
    P.O. Box-97, McAlester, Oklahoma 74502 .
    How is this person sued? ☐ official capacity ☐ individual capacity ☑ Both

8.

V. Cause Of Action Continued:

3. Claim Three:

(1) List the right that you believe was violated:

Plaintiff believes his First USC Amendment Rights to Freedom of Speech — :
To Petition the government for redress of grievance : Access to Courts and :
Harassment / Retaliation for exercising those rights for Complaining
about his conditions of confinement and filing of two previous
Civil Actions, grievances and being a ▓▓▓▓▓▓ indigent prisoner .

(2) List the defendant(s) to this claim:

Joe Allbaugh: Mike Carpenter: FNU D. Cope: Margaret Green: —
Susan Channon: FNU MS. Day: FNU MS. Polk: Genieveve Bartuski:
and Tommy Williams

(3) List the supporting facts:

Each Defendant was placed on Notice of MC Hines need of Hygiene Supplies :
Cleaning Supplies for Mold in cell and toilet and waited for weeks or month —
before Plaintiff received any: That Plaintiff needed a Laundry bag to send out
dirty soiled clothing and bedding, but has done nothing until this day: That
Plaintiff needed Access to the Law Library and denied MC Hines for two weeks
to perfect his Injunction and Civil Rights Complaint Between March 24 / May 3 2019:
That Plaintiff was being Bullied, suffering Verbal Abuse and threats of Violence by
an inmate ▓▓▓▓ PSUC held Scrae Barbara: ▓▓▓ Unit-C and left Plaintiff in cell with inmate
to defend for himself: After Plaintiff informed the above 10 defendants at his
previous civil actions CIV-15-901-R and CIV-17-0412-R for the same actions
taken by other Prison Officials: And when Plaintiff filed "Inmate Request"
Request to Staff's and Grievances complaining about all of the above in more
detail and failed to respond and provided services: Plaintiff reallege
and incorporate paragraphs (1 - 30) in, Declaration.

9.

(4) Relief requested:

For the Court to issue an Injunctive Order to the OSP Defendants to Stop depriving Mr. Hines access to the Law Library Legal Research Center: to stop depriving Mr. Hines of Hygiene Supplies when He runs out for the month: to stop depriving Mr. Hines of daily and/or weekly cleaning supplies for cleaning cells: To Stop depriving — and reading Mr. Hines legal copies: To stop depriving Mr. Hines of an Single cell per O30102 until a compatible Inmate is located and $5000⁰⁰ Compensatory and Punitive damages each, for each defendant.

4.  Claim IV:

   (1) List the right that you believe was Violated:

Conspiracy To Violate Plaintiffs Eighth (8) Amendment Rights

   (2) List the defendant(s): Joe Allbaugh /Mike Carpenter /FNU D. Cooper/ Genreveve Bartuski /Tommy Williams/ FNU Polk

   (3) List the supporting facts:

Each Defendant was placed on Notice, through Inmate Request - Request To Staff and Emergency or Sensitive Grievances and Medical Request and verbally in Lt. Williams office with Sgt. M. Morgan and Col. Tucker being present that Plaintiff was being bullied, suffering Verbal Abuse, and threats of Violence, and that the inmate claimed what he would do to a ▮▮▮▮▮▮▮ Gay person if they put anyone of them in his cell, and informed them that Plaintiff is ▮▮▮▮▮▮▮▮▮▮▮▮▮ unforsure of his Sex Ability - Bi-Sexual - Homo Sexual or Thinking about Transgender: But, they all said they could not help Plaintiff to be Placed in a Single cell per O30102: and received a Misconduct Report by Dr. Bartuski, and Lt. Williams for Coercion of Staff for requesting Single cell that Plaintiff qualifies for: and said that the Deputy Warden Will not help Plaintiff either: advised them that the inmate has escalated to First Fight: Polk Did not File Papers: Plaintiff reallege and incorporate paragraphs #1 — 30 in Declaration:
10.

(5) Claim V:

(1) List the right that you believe was violated:

Conspiracy to Violate Plaintiff's First USC Amendment Rights

(2) List the defendant(s):

Joe Allbaugh /Mike Carpenter /FNU HO.Cooper/ FNU Day /FNU Polk/ Margarite Green/ Susan Chunnon/ Genieveve Bartuski Tommy Williams

(3) List the supporting facts:

Each Defendants was made fully aware of Plaintiff's need of Hygiene Supplies, Cleaning supplies & laundry bag /services, access to LRC and inmate's — threats of violence through inmate request, Request to staff's, and grievances. After the Defendants where aleted of previous civil actions and current — potential civil actions for the same violations, through the requests & Deliberately choose not to respond to any Further requests or grievances or even file requests or grievances per request by Allbaugh /Carpenter/ Cooper /Green /Chunnon /Polk. that all made an agreement to withhold. Plaintiff reallege and incorporate paragraphs (1-36) in Declarations.

(4) Relief requested:

For the Court to enter an Injunctive Order to the named Defendants to stop Harassing and Retaliating against inmates by depriving inmates of Hygiene Supplies when they run's out for the month & To stop depriving inmates of an single cell per 030102 until an inmate is located that is compatible & To Stop issuing False Misconducts es punishment and provide adequate laundry Services & To follow Policy 110215 /110415 &

(6) Claim VI:

(1) List the right that you believe was violated:

Intentional and Negligent Misrepresentation through the deprivation of Plaintiff's Eighth, First and Fourteenth USC Amend. Rights.

(2) List the defendants:
Allbaugh, Carpenter, Cooper, Dazy, Polk, Green, Channon, Bartuski
and Williams

(3). List the supporting facts:
Each Defendant was give notice of his conditions of confinement and knew
that Plaintiff had made several request for Hygiene Supplies, cleaning supplies
adequate laundry services, Risk of Violence by the Hands of inmates and
access to the Law Library L.L.C to file this §1983 and Injuction —
Plaintiff began to suffer Mentally, Emotionally and physically by having conflictiveless
Vomitting and diarrhea, Chest pains, choking sensations panic attacks
Plaintiff incorporate and realloge paragraphs (1 – 30) in Plaintiff's
Declarations.

(4) Relief requested:
$15000.º dollars in compensatory and Punitive Damages each for
each defendent severally, Jointly and individually.

(7) Claim VII:
(i) List the right that you believe was violated:
Intentional and Negligent Infliction of Emotional Distress

(2) List the defendants:
Allbaugh /Carpenter, Cooper, Green, Channon, Bertuski, Williams
Kimbay / Polk,

(3) List the Supporting facts:

Plaintiff reallege and incorporate paragraphs (1-    ) in Plaintiffs
Declarations.

_____

_____

_____

_____

_____

_____

_____

(4) Relief requested

$5000°° dollars Compensatory and Punitive Damages each for each
defendents severally, Jointly and individually.

_____

_____

_____

_____

VI. Declarations continued:

I declare under penalty of perjury that the foregoing is true and correct:
Executed at OSP P.O.Box-97 McAlester-Oklahoma 74502
/s/ Thurman Hines                    Date May 08 2019
        Plaintiff

VII.        CERTIFICATE OF MAILING SERVICE

I Thurman H. Hines Certify that on this 09 day of May 2019 that I-
mailed a true and correct copy of the foregoing instrument by placing the
same in the Legal mailing system at OSP, McAlester Oklahoma with First class -
prepaid postage thereon to:
Court Clerk-U.S. District Court W.D. Oklahoma 1BCO NW 4th St Rm 1210, OKC OK 73102
                        /s/ Thurman Hines
                        Plaintiff Pro Se Litigant
                            13.